Argued August 22, affirmed August 22, petition for rehearing
denied September 14, petition for review
denied November 8, 1972

STATE OF OREGON, *Respondent, v.*
NORMAN NORMILE (No. 71-637 C), *Appellant.*

500 P2d 274

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert M. Burrows,* District Attorney, Grants Pass, argued the cause for respondent. With him on the brief was Robert F. Webber, Deputy District Attorney, Grants Pass.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.